FILED
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEB WEST COAST, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TRENT VON LEE, ET AL.,<br><br>        Defendants. | Case No. CV 14-2494-UA (PJWx)<br><br>[PROPOSED] ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    Before the Court is an unlawful detainer action that has been removed from the Los Angeles County Superior Court. For the following reasons, the case is summarily remanded to the state court.

    On April 2, 2014, Defendant Trent Von Lee, having been sued in the Superior Court of Los Angeles in what appears to be a routine unlawful detainer action, removed the action to this court. Simply stated, since Plaintiff could not have brought this action in federal court in the first place because there is no subject matter jurisdiction, removal of the action is improper. 28 U.S.C. § 1441(a); see *Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563 (2005). The case does not meet the requirements of 28 U.S.C. § 1331 because it does not raise a federal question. See 28 U.S.C. §§ 1331. And it does not meet the requirements of diversity jurisdiction

because, even assuming that Defendant could establish that the amount in controversy exceeds $75,000, Plaintiff has neither alleged nor demonstrated that there is complete diversity of citizenship between the parties. *See* 28 U.S.C. §§ 1332.

Accordingly, IT IS ORDERED that (1) pursuant to 28 U.S.C. § 1447(c), this matter is REMANDED to the Superior Court of California, County of Los Angeles, 111 North Hill Street, Los Angeles, California 90012; (2) the clerk shall send a certified copy of this Order to the state court; and (3) the clerk serve copies of the Order on the parties.

IT IS SO ORDERED.

DATED: 4/14/14

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-IFP\Civil duty IFP denials\Von Lee.wpd